# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2454 Disciplinary Docket No. 3 |
| Petitioner | : | |
| | : | No. 21 DB 2021 |
| v. | : | |
| | : | Attorney Registration No. 69914 |
| STEPHANIE ASHLEY HAND | : | |
| Respondent | : | (Out of State) |

## O R D E R

**PER CURIAM**

    **AND NOW**, this 10th day of March, 2021, upon consideration of the Verified Statement of Resignation, Stephanie Ashley Hand is disbarred on consent from the Bar of this Commonwealth. *See* Pa.R.D.E. 215. Respondent shall comply with all of the provisions of Pa.R.D.E. 217 and pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).